AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>13-~5489 | DATE FILED<br>9/19/2013 | USDC<br>601 Market Street<br>Philadelphia, PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC<br>409 W. Olympic Blvd.<br>Suite 501<br>Los Angeles, CA 90015 | John Doe<br>SUBSCRIBER ASSIGNED IP ADDRESS 69.249.136.236 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | "SEE ATTACHMENT" | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

File Hashes for IP Address 69.249.136.236

**ISP:** Comcast Cable
**Physical Location:** Quakertown, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/16/2013 17:16:52 | 42423CC9E61F6B4B0022A0A512ED9946963ACA10 | Made for Each Other |
| 08/16/2013 17:14:09 | 028EB4AE071B1A4DB9ECCC5B2BC64E55DD1F8CA4 | This Really Happened |
| 07/05/2013 02:08:08 | 96150577D72763AFCAC8814AAB6E943F4C1BACAB | Dreams Do Come True |
| 07/05/2013 02:07:54 | FE05686D9B1A709539352DAFC01CC4A791D40F0E | Newlyweds |
| 06/20/2013 20:47:03 | 4AA4AD50339E390C38ADE37E5F149D8D2106061B | This Side of Paradise |
| 06/20/2013 18:48:08 | 67ADC10683DD8D400E3B9DDAEA39A5CA7D9CC105 | Play Me |
| 04/24/2013 05:47:40 | B8508B0833D1CB27F4ECAF667D75AACAD5368D0C | A Little Rain Must Fall |
| 03/30/2013 02:58:29 | 5359D7B1D0C298C13C28B49EF43301DAA8971358 | I Love X Art |
| 03/02/2013 03:34:28 | 33F98085A2169145221D951EC7BE04C211499554 | Mad Passion |
| 01/22/2013 03:17:32 | 175038DDF35DFCC6AA4A3B3EE23CF3255316CDA8 | Yoga Master and Student |
| 12/06/2012 02:21:55 | 1701B1E43426C7F620F068A40CF0380F02641436 | Lovers in Paradise |
| 10/28/2012 02:09:30 | 519DBED8868AEA57F798ED15ECE835CE73E281B7 | Morning Tryst |
| 10/28/2012 02:00:46 | 53F8C2BC3397C7DDD382FC5BD093AF56134166AE | Transcendence |
| 10/28/2012 01:52:34 | 79A5C92B41677C1E31910BFF5F72AAC01258B0EA | Unbelievably Beautiful |
| 10/24/2012 03:38:38 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/15/2012 03:32:58 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 10/02/2012 19:21:20 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

EPA190

Copyrights-In-Suit for IP Address 69.249.136.236

**ISP:** Comcast Cable
**Location:** Quakertown, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 04/24/2013 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/15/2012 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 07/05/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/30/2013 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 12/06/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/02/2013 |
| Made for Each Other | PENDING | 07/31/2013 | 08/29/2013 | 08/16/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 10/28/2012 |
| Newlyweds | PENDING | 07/04/2013 | 07/26/2013 | 07/05/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 06/20/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 10/02/2012 |
| This Really Happened | PENDING | 08/03/2013 | 09/01/2013 | 08/16/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 06/20/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 10/28/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 10/28/2012 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/22/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/24/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 17**

EXHIBIT B

EPA190